AO 442 (Rev. 11/11) Arrest Warrant

RECEIVED
U.S. MARSHALS SERVICE

2022 MAY -6 PM 4: 06

TUCSON
DISTRICT OF ARIZONA

# UNITED STATES DISTRICT COURT

for the

District of Arizona

United States of America
v.
Eduardo Martinez Torres

Defendant

)
)
)
)
)
)

Case No.   CR-22-980-TUC-RM(LCK)

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Eduardo Martinez Torres                                                             ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint
☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

21:846 Conspiracy to possess with intent to distribute and distribute methamphetamine, fentanyl, cocaine, and heroin;
21:841(a)(1) and (b)(1)(B)(viii) Possession with intent to distribute methamphetamine, 18:2 Aid and abet; 21:841(a)(1) and
(b)(1)(C) Possession with intent to distribute fentanyl, 18:2 Aid and abet; 21:841(a)(1) and (b)(1)(C) Possession with intent
to distribute cocaine, 18:2 Aid and abet; 21:841(a)(1) and (b)(1)(C) Possession with intent to distribute heroin, 18:2 Aid
and abet; 21:841(a)(1) and (b)(1)(B)(vi) Possession with intent to distribute fentanyl, 18:2 Aid and abet; 21:841(a)(1) and
(b)(1)(B)(vi) Possession with intent to distribute fentanyl, 18:2 Aid and abet

_____
*Issuing officer's signature*

ISSUED ON 8:36 am, May 06, 2022
s/ Debra D. Lucas, Clerk

City and state:     Tucson, Arizona                              K. Hughes, Deputy Clerk
                                                                 *Printed name and title*

cc: AUSA, USMS, PTS

| Return |
|---|
| This warrant was received on *(date)* __05/06/22__ , and the person was arrested on *(date)* __05/13/22__ at *(city and state)* __Nogales, AZ__ . |
| Date: __05/16/22__  Subject arrested by __Santa Cruz County SO__ and initialed on __05/18/22__ in the District of Arizona.  _____  *Arresting officer's signature*  _____  *Printed name and title* |